NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

Miscellaneous Docket No. 915

IN RE PFIZER INC., PFIZER IRELAND PHARMACEUTICALS,
WARNER-LAMBERT COMPANY, and
WARNER-LAMBERT COMPANY LLC,

Petitioners.

On Petition for Writ of Mandamus to the United States District Court for
the District of Delaware in case no.1:08-CV-00948,
Judge Legrome D. Davis.

ON PETITION FOR WRIT OF MANDAMUS

Before RADER, Circuit Judge.

## O R D E R

Pfizer Inc. et al. submit a petition for a writ of mandamus directing the United States District Court for the District of Delaware to (1) vacate its August 13, 2009 order transferring this case to the United States District Court for the Northern District of Illinois and (2) deny Apotex Inc. and Apotex Corp.'s (Apotex) motion to transfer.

Upon consideration thereof,

IT IS ORDERED THAT:

Apotex is directed to respond to the mandamus petition no later than November 9, 2009.

|  | FOR THE COURT |
|---|---|
| OCT 2 9 2009 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
|  | Clerk |

cc:  Rudolf E. Hutz, Esq.
     John C. Phillips, Jr., Esq.
     Judge, USDC D. Del.
     Clerk, USDC D. Del.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 9 2009

JAN HORBALY
CLERK